**Place of Offense:**

City _____Hagåtña_____

Country/Parish _____N/A_____

**Related Case Information:**

**08-00035**

Superseding Information    Docket Number _____
Same Defendant _____     New Defendant ____X____
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes _____ No __X__     Matter to be sealed: _____ Yes __X__ No

Defendant Name _____Leonora Jean Quenga Lujan_____

Allisas Name _____

Address _____

_____Tamuning, Guam_____

RECEIVED

JUL 07 2008

DISTRICT COURT OF GUAM
HAGATNA, GUAM

Birth date __XX/XX/1977__ SS# __XXX-XX-9447__ Sex _F_ Race _PI_ Nationality _US_

**U.S. Attorney Information:**

SAUSA _Ryan M. Anderson_

**Interpreter:** __X__ No ___Yes        List language and/or dialect: _____

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: ____1____       _____ Petty __X__ Misdemeanor _____ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set | 1 18 U.S.C. § 641 | THEFT OF GOVERNMENT PROPERTY | 1 |
| Set | 2 | | |

Date: __6 JUL 08__      Signature of SAUSA: _____