LEONARDO M. RAPADAS
United States Attorney
RYAN M. ANDERSON
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez
Hagåtña, Guam 96910-5113
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

JUL 07 2008 p.d.

JEANNE G. QUINATA
Clerk of Court

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 08-00035 |
| Plaintiff, ) | UNITED STATES' REQUEST FOR ISSUANCE OF SUMMONS |
| vs. ) | |
| LEONORA JEAN QUENGA LUJAN, ) | |
| Defendant. ) | |

COMES NOW the United States of America, by and through Special Assistant United States Attorney Ryan M. Anderson, and moves this Honorable Court to issue a Summons for the above-named defendant, on the grounds that the United States has this day filed an Information against said defendant, charging her with a misdemeanor crime involving Theft of Government Property, in violation of Title 18, United States Code, Section 641. The United States has probable cause to believe that the above-named defendant has committed the crime charged in said Information.

//
//
//
//
//

The United States further request that the summons be issued for a date on or between July 14-18, 2008, or a date thereafter more convenient to the Court.

RESPECTFULLY SUBMITTED this 6 day of July, 2008.

                                LEONARDO M. RAPADAS
                                United States Attorney
                                Districts of Guam and CNMI

By:     */s/ Ryan M. Anderson*
                                RYAN M. ANDERSON
                                Special Assistant U.S. Attorney

2