LLujan_Summ_Ord

LEONARDO M. RAPADAS
United States Attorney
RYAN M. ANDERSON
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez
Hagåtña, Guam 96910-5113
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 08-00035 |
| Plaintiff, | |
| vs. | **ORDER** |
| LEONORA JEAN QUENGA LUJAN, | |
| Defendant. | |

    Upon the filing of an Information and at the request of the Government,

    **IT IS HEREBY ORDERED** that the Clerk of Court issue a summons for the above-named defendant to appear before Magistrate Judge Joaquin V.E. Manibusan, Jr. on Tuesday, July 15, 2008 at 9:30 a.m.

    DATED this 8th day of July, 2008.

                                         **/s/ Frances M. Tydingco-Gatewood**
                                               **Chief Judge**