AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF GUAM

**FILED**
DISTRICT COURT OF GUAM
JUL 14 2008
JEANNE G. QUINATA
Clerk of Court

| UNITED STATES OF AMERICA | |
|---|---|
| V. | SUMMONS IN A CRIMINAL CASE |
| **LEONORA JEAN QUENGA LUJAN** | Case Number: **CR-08-00035** |
| (Name and Address of Defendant) | |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| 3rd Floor U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910 | **Court Room** |
| | Date and Time |
| Before: Honorable Joaquin V.E. Manibusan, Jr., U.S. Magistrate Judge | **Tuesday, July 15, 2008 at 9:30 a.m.** |

To answer a(n)
☐ Indictment  X Information  ☐ Complaint  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

Charging you with a violation of Title **18** United States Code, Section(s) **641**

Brief description of offense:

**Theft of Government Property.**

**RECEIVED**
JUL 2008
US MARSHALS SERVICE-GUAM

Walter M. Tenorio, Deputy Clerk
Name and Title of Issuing Officer

Signature of Issuing Officer

July 8, 2008
Date

**ORIGINAL**

# RETURN OF SERVICE

Service was made by me on:[1]   Date   7/11/08

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: Crown Market, Barrigada, Guam

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  7/11/08
Date

Jack Salas
Name of United States Marshal

_____
(by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.