**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**INITIAL APPEARANCE**

CASE NO.: CR-08-00035              DATE: July 16, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: None Present                Court Recorder: Carmen B. Santos
Courtroom Deputy: Walter M. Tenorio    Electronically Recorded: 1:08:22 - 1:18:49

**APPEARANCES:**

Defendant: Leonora Jean Quenga Lujan        Attorney: John Gorman
☑ Present ☑ Custody ☐ Bond ☐ P.R.           ☑ Present ☐ Retained ☑ FPD ☐ CJA

U.S. Attorney: Ryan Anderson                U.S. Agent:
U.S. Probation: Carleen Borja
Interpreter:                                Language:

**PROCEEDINGS: Initial Appearance re Order to Show Cause for Failure to Appear on Information and Arraignment**

- Financial Affidavit reviewed and accepted: Federal Public Defender appointed to represent the defendant.
- Defendant waives reading of Information.
- Defendant waives her right to trial, judgment and sentencing by a district judge and consents to proceed before the U.S. Magistrate Judge.
- Defendant sworn and examined.
- Defendant arraigned and advised of her rights, charges and penalties.
- Plea entered: Not guilty
- Trial Scheduling Order executed.
- Trial set for September 16, 2008 at 9:30 a.m.
- Defendant released. Order for bail in the amount of $300 is vacated.

NOTES: