AO 442 (Rev. 08/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of     GUAM

UNITED STATES OF AMERICA

V.

LEONORA JEAN QUENGA LUJAN

**WARRANT FOR ARREST**

Case Number: CR-08-00035-001

**FILED**
**DISTRICT COURT OF GUAM**

JUL 16 2008

**JEANNE G. QUINATA**
**Clerk of Court**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    **LEONORA JEAN QUENGA LUJAN**
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment    ☐ Information    ☐ Complaint    X Order of court

☐ Pretrial Release Violation Petition    ☐ Probation Violation Petition    ☐ Supervised Release Violation    ☐ Violation Notice

**RECEIVED**

JUL 16 2008

**US MARSHALS SERVICE-GUAM**

charging him or her with (brief description of offense)

**Failure to Appear for Initial Appearance on an Information on July 15, 2008**

☐ in violation of Title _____ United States Code, Section(s) _____

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

| WALTER M. TENORIO | _[signature]_ |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Deputy Clerk | July 15, 2008; Hagatna, Guam |
| Title of Issuing Officer | Date and Location |

## RETURN

This warrant was received and executed with the arrest of the above-named individual at

Hagatna, Guam     **ORIGINAL**

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 7-16-08 | M. Patrias | _[signature]_ |
| DATE OF ARREST | Deputy U.S. Marshal | |
| 7-16-08 | | |

THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____ WEIGHT: _____

SEX: _____ RACE: _____

HAIR: _____ EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____

_____

_____