DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>**LEONORA JEAN QUENGA LUJAN,**<br><br>　　　　　　　Defendant. | CRIMINAL CASE   NO. 08-00035<br><br><br>**APPOINTMENT ORDER** |

IT IS HEREBY ORDERED that **the FEDERAL PUBLIC DEFENDER** is appointed to represent the defendant in the above-entitled case nunc pro tunc to July 10, 2008.

　　　　　　　　　　　　　　　　　　　　　　**/s/ Joaquin V.E. Manibusan, Jr.**
　　　　　　　　　　　　　　　　　　　　　　　　**U.S. Magistrate Judge**
　　　　　　　　　　　　　　　　　　　　　**Dated: Jul 16, 2008**