## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. CR-08-00035 |
| Plaintiff, | |
| vs. | |
| **LEONORA JEAN QUENGA LUJAN,** | **TRIAL SCHEDULING ORDER** |
| Defendant. | |

IT IS HEREBY ORDERED THAT:

- **All Pretrial Motions**, including but not limited to discovery, *in limine*, suppression, and dismissal motions , shall be filed no later than . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **August 14, 2008  at 3:00 p.m.**

    ▸ **Opposition to all Motions** shall be filed no later than . . .

    **August 21, 2008 at 3:00 p.m.**

    ▸ **Replies to Opposition** shall be filed by no later than . . . .   **August 28, 2008 at 3:00 p.m.**

    **No late motions shall be filed without court approval.  Failure to timely file an opposition to a motion may be deemed by the Court as consent to the granting of such motion**.

- The following must be filed or lodged with the court by . . . .   **September 2, 2008 at 3:00 p.m.**

    ▸ **An original and one copy of the witness list.**  Witness lists must include legal names, aliases, nicknames, village/city of residence, and place of employment.
    ▸ **Proposed *Voir Dire* Questions, Proposed Jury Instructions with source noted, and Proposed Verdict Forms.**
    ▸ **An original and three copies of the exhibit list.**  Government's exhibits shall be numbered and Defendant's exhibits shall be lettered.
    ▸ **Three complete sets of marked and tabbed exhibits in three-ring binders, with each binder containing a filed copy of the exhibit list.**  The exhibits shall include those items which may be introduced for identification into evidence but not necessarily proffered for admission, i.e., police/investigative reports or witness statements.  The parties shall meet and confer sufficiently in advance of trial and formulate a set of joint exhibits. Those exhibits upon which agreement cannot be reached shall be submitted separately by each respective party.

- **Pretrial conference and Hearing on all Motions** shall be held on . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   **September 9, 2008 at 9:30 a.m.**

- **Jury Selection and Trial** shall be held on . . . . . . . . . . . . . . .   **September 16, 2008 at 9:30 a.m.**



/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: Jul 16, 2008