# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# GENERAL

CASE NO.: CR-08-00035-001  DATE: September 09, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding

Law Clerk: Judith P. Hattori  Court Recorder: Francine A. Diaz
Courtroom Deputy: Francine A. Diaz  Electronically Recorded: 9:36:31-9:49:32
9:56:18-9:59:42

**APPEARANCES:**

Defendant: Leonora Jean Quenga Lujan  Attorney: Richard Arens
DEFENDANT NOT PRESENT  ☑ Present ☐ Retained ☑ FPD ☐ CJA
☐ Present ☐ Custody ☐ Bond ☐ P.R.

U.S. Attorney: Andrew Henderson  U.S. Agent:
U.S. Probation: Carmen O'Mallan
Interpreter:  Language:

**PROCEEDINGS: Pretrial Conference and Hearing on All Motions**
- Proceedings continued to: September 10, 2008 at 8:45 AM

NOTES: