## IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
## CRIMINAL MINUTES
## GENERAL

CASE NO.: CR-08-00035-001          DATE: September 10, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori      Court Recorder: Francine A. Diaz
Courtroom Deputy: Francine A. Diaz      Electronically Recorded: 8:54:06 - 9:00:37

**APPEARANCES:**

Defendant: Leonora Jean Quenga Lujan      Attorney: Richard Arens
    Present   Custody   Bond   P.R.      Present   Retained   FPD   CJA
U.S. Attorney: Andrew Henderson      U.S. Agent:
U.S. Probation: Maria Cruz
Interpreter:      Language:

**PROCEEDINGS: Continued Pretrial Conference and Hearing on All Motions**
- Defense counsel's oral request for a continuance: <u>granted</u>.
- Proceedings continued to: <u>October 8, 2008 at 8:15 AM</u>
- The court finds that the ends of justice are best served by continuing the Pretrial Conference and Hearing on All Motions as requested and outweighs the interest of the public and the defendant in a speedy trial and therefore the time between now and October 8, 2008 will be excluded.
- Defendant released as previously ordered.
- The Jury Trial scheduled for September 16, 2008 is vacated.

NOTES: